# BENDETT & McHUGH
## ATTORNEYS AT LAW



EXHIBIT G

August 30, 2018

Dawn E. Smith
1357 Salem Road
Salem Township, ME 04983

RE: 1357 Salem Road, Salem Township, Maine

Dear Sir/Madam:

This firm serves as legal counsel to Federal National Mortgage Association, the mortgagee ("Mortgagee") for the mortgage from Sheldon A. Smith and Dawn E. Smith to Green Tree Servicing LLC (the "Mortgage"), encumbering certain real property and improvements thereon located at 1357 Salem Road, Salem Township, Maine (the "Property") which secures a certain promissory note (the "Note"; together with the Mortgage and all other documents executed in connection therewith, the "Loan Documents") of the same date.

Please be advised that the Note is in default for breach of the conditions contained in the Loan Documents, including without limitation the failure to make monthly payments due under the Note.

As of August 30, 2018, the full amount past due is $4,796.06 (the "Cure Amount"). Pursuant to 14 M.R.S.A. § 6111, the Loan Documents, and/or the Maine Consumer Credit Code, you have a right to cure the default by paying the full Cure Amount on or before October 8, 2018 (the "Cure Date"). **Please be advised only certified funds will be accepted.** Please make the check payable to: Ditech Financial LLC, the servicer of the Mortgage and mail your payment to:

Bendett & McHugh
270 Farmington, Ave., Suite 151
Farmington, CT 06032
ATTN: Rebecca Rollo

An itemization of the Cure Amount, including amounts of past due principal and interest, as well as fees, costs, and all charges required to cure the default is attached to this letter. The total amount needed to cure the default pursuant to this letter does not include any amounts that become due after the date of this letter. However, this will not change the amount needed to cure the default pursuant to this letter. If the default is not cured by the Cure Date, the balance of the Note may be deemed accelerated without further demand, and the Mortgagee or its successor or assignee (together, the "Lender") may proceed with foreclosure of the Mortgage. The Lender may also be entitled to all reasonable costs, expenses and fees incurred by the Lender in pursuing its remedies including, but not limited to, reasonable attorney's fees.

As of August 30, 2018, the Mortgage secures the amount of $76,807.36.

Notwithstanding any acceleration, pursuant to the terms of the Mortgage and/or applicable law, at any time before a judgment enters enforcing the Mortgage, you may have the opportunity to reinstate

the mortgage loan by paying all sums which would then be due under the Mortgage had no acceleration occurred, including reasonable attorneys' fees and other costs of proceedings which have been incurred as of the date of such payment, and by complying with any reasonable requests of the Lender in connection with protection of its security interest in the Property, as set forth in the Mortgage. If you meet the conditions required to reinstate prior to the deadline established by applicable law and/or the loan documents, you will have the right to have the enforcement of the Mortgage discontinued, and to have the Note and Mortgage remain fully effective as if immediate payment in full had never been required.

You may have options available other than foreclosure. You may discuss available options with the Lender, its servicer if applicable, or a counselor approved by the United States Department of Housing and Urban Development ("HUD") (see attached list of agencies approved by HUD to assist mortgagors in the State to avoid foreclosure). Additional information may be found at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me. You are encouraged to explore available options prior to the Cure Date.

The contact information for an individual representing the lender that may modify the loan is: **Ditech Financial LLC, PO Box 6172, Rapid City, SD 57709 Attn: Collection Department (800-643-0202.**

Also, you may assert through court action the nonexistence of a default or any other defense you may have to acceleration and sale of the property. If a court action for foreclosure is commenced, you also have a right to assert those claims or defenses in response to that action. Where mediation is available under state law (14 M.R.S.A. §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

**NOTICE:**
**THE LAW FIRM OF BENDETT AND MCHUGH, PC IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE. IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY WHICH DISCHARGED THIS DEBT, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT A DEBT, BUT ONLY ENFORCEMENT OF A LIEN AGAINST PROPERTY.**

Very truly yours,

*Benjamin S. Cirrinone*

Benjamin S. Cirrinone, Esq.

SENT VIA FIRST CLASS CERTIFICATED, POSTAGE PREPAID

Itemization of Cure Amount thru August 30, 2018

| | |
|---|---|
| Principal & Interest & Escrow Payments<br>6 Payments @ $460.21<br>1 Payment @ $542.35 | $3,303.61 |
| Attorney's Fees | $1,159.00 |
| Late Charges Due | $253.11 |
| Property Inspection Fee | $90.00 |
| Suspense | ($9.66) |
| Total arrearage | $4,796.06 |

3

This listing is current as of 08/01/2018.

## Agencies located in MAINE

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:** 800-452-4668
**Fax:** 207-626-4678
**Email:** dkjohnson@mainehousing.org
**Address:** 353 Water Street
AUGUSTA, Maine 04330-4665
**Counseling Services:**
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:** - English
**Affiliation:**
**Website:** www.mainehousing.org
**Agency ID:** 81227

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:**
**Fax:**
**Email:** dkjohnson@mainehousing.org
**Address:** 353 Water St
Augusta, Maine 04330-6113
**Counseling Services:**
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://www.mainehousing.org
**Agency ID:** 84456

**Agency Name:** PENQUIS COMMUNITY ACTION PROGRAM
**Phone:** 207-974-2403
**Toll Free:** 888-424-0151
**Fax:** 207-973-3699
**Email:** hmassow@penquis.org
**Address:** 262 Harlow Street
PO Box 1162
BANGOR, Maine 04401-4952
**Counseling Services:**
- Financial, Budgeting, and Credit Workshops
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.penquis.org
**Agency ID:** 81649

**Agency Name:** MIDCOAST MAINE COMMUNITY ACTION
**Phone:** 207-442-7963
**Toll Free:** 800-271-2221
**Fax:** 207-443-7447
**Email:** candice.carpenter@mmcacorp.org
**Address:** 34 Wing Farm Pkwy
Bath, Maine 04530-1515
**Counseling Services:**
- Financial Management/Budget Counseling
- Rental Housing Counseling
- Services for Homeless Counseling

**Languages:**
- English
- Spanish

**Affiliation:**
**Website:** http://www.midcoastmainecommunityaction.org
**Agency ID:** 80502

**Agency Name:** WALDO COMMUNITY ACTION PARTNERS
**Phone:** 207-338-6809
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 9 Field St Ste 201
Belfast, Maine 04915-6601

**Counseling Services:**
- Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
- Resolving/Preventing Mortgage Delinquency Workshops
- Services for Homeless Counseling

**Languages:**
- English
- French
- German

**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://waldocap.org
**Agency ID:** 90310

---

**Agency Name:** COASTAL ENTERPRISES, INCORPORATED
**Phone:** 207-504-5900
**Toll Free:** 877-340-2649
**Fax:**
**Email:** jason.thomas@ceimaine.org
**Address:** 30 Federal Street
Suite 100
BRUNSWICK, Maine 04011-1510

**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Reverse Mortgage Counseling
- Services for Homeless Counseling

**Languages:**
- English
- Spanish

**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.ceimaine.org
**Agency ID:** 80985

---

**Agency Name:** AVESTA HOUSING DEVELOPMENT CORPORATION
**Phone:** 207-553-7780-3347
**Toll Free:** 800-339-6516
**Fax:** 207-553-7778
**Email:** ndigeronimo@avestahousing.org
**Address:** 307 Cumberland Avenue
PORTLAND, Maine 04101-4920

**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Resolving/Preventing Mortgage Delinquency Workshops

**Languages:**
- English

**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** www.avestahousing.org
**Agency ID:** 81144

---

**Agency Name:** MONEY MANAGEMENT INTERNATIONAL - SOUTH PORTLAND
**Phone:** 866-232-9080
**Toll Free:** 866-232-9080
**Fax:** 866-921-5129
**Email:** counselinginfo@moneymanagement.org
**Address:** 477 Congress St 5th Floor
Portland, Maine 04101

**Counseling Services:**
- Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling

```
      Languages: - English
                 - Spanish
    Affiliation: MONEY MANAGEMENT INTERNATIONAL INC
        Website: http://www.moneymanagement.org
      Agency ID: 82632
```

```
    Agency Name: PINE TREE LEGAL ASSISTANCE, INCORPORATED
          Phone: 207-774-8211
      Toll Free:
            Fax: 207-828-2300
          Email: nheald@ptla.org
        Address: 88 Federal St
                 PO Box 547
                 PORTLAND, Maine 04101-4205
Counseling Services: - Fair Housing Pre-Purchase Education Workshops
                 - Mortgage Delinquency and Default Resolution Counseling
                 - Pre-purchase Counseling
                 - Predatory Lending Education Workshops
                 - Rental Housing Counseling
                 - Services for Homeless Counseling
      Languages: - Arabic
                 - ASL
                 - Cambodian
                 - Cantonese
                 - Chinese Mandarin
                 - Creole
                 - Czech
                 - English
                 - Farsi
                 - French
                 - Hindi
                 - Hmong
                 - Indonesian
                 - Korean
                 - Polish
                 - Portuguese
                 - Russian
                 - Spanish
                 - Swahili
                 - Turkish
                 - Ukrainian
                 - Vietnamese
    Affiliation:
        Website: http://www.ptla.org
      Agency ID: 80635
```

```
    Agency Name: PROSPERITY ME FKA COMMUNITY FINANCIAL LITERACY
          Phone: 207-797-7890
      Toll Free:
            Fax:
          Email: crwaganje@prosperityme.org
        Address: 309 Cumberland Ave Ste 202
                 Portland, Maine 04101-4982
Counseling Services: - Fair Housing Pre-Purchase Education Workshops
                 - Financial Management/Budget Counseling
                 - Financial, Budgeting, and Credit Workshops
                 - Pre-purchase Counseling
                 - Pre-purchase Homebuyer Education Workshops
                 - Rental Housing Counseling
      Languages: - English
                 - French
                 - Other
                 - Swahili
    Affiliation: MAINE STATE HOUSING AUTHORITY
        Website: http://cflme.org/
      Agency ID: 80649
```

```
    Agency Name: AROOSTOOK COUNTY ACTION PROGRAM, INC
          Phone: 207-764-3721
      Toll Free:
            Fax:
          Email: N/A
        Address: 771 Main St
                 Presque Isle, Maine 04769-2201
Counseling Services:
```

- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
Languages: - English
Affiliation: MAINE STATE HOUSING AUTHORITY
Website: http://www.acap-me.org
Agency ID: 83641

Agency Name: YORK COUNTY COMMUNITY ACTION AGENCY
Phone: 207-459-2903
Toll Free:
Fax: 207-490-5026
Email: Meaghan.Arzberger@yccac.org
Address: 6 Spruce Street
SANFORD, Maine 04073-2917
Counseling Services: - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Services for Homeless Counseling
Languages: - English
Affiliation: CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
Website: http://www.yccac.org
Agency ID: 81150

Agency Name: COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
Phone: 207-333-6419
Toll Free:
Fax: 207-795-4069
Email: homequest@community-concepts.org
Address: 17 Market Square
SOUTH PARIS, Maine 04281-1533
Counseling Services: - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
Languages: - English
Affiliation: CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
Website: www.community-concepts.org
Agency ID: 81580

Agency Name: KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
Phone: 800-542-8227
Toll Free:
Fax:
Email: N/A
Address: 97 Water St
Waterville, Maine 04901-6339
Counseling Services: - Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
Languages: - English
Affiliation: NEIGHBORHOOD REINVESTMENT CORP DBA NEIGHBORWORKS AMERICA
Website: http://www.kvcap.org
Agency ID: 81685

# BENDETT & McHUGH
## ATTORNEYS AT LAW

August 30, 2018

Sheldon A. Smith
1357 Salem Road
Salem Township, ME 04983

RE: 1357 Salem Road, Salem Township, Maine

Dear Sir/Madam:

This firm serves as legal counsel to Federal National Mortgage Association, the mortgagee ("Mortgagee") for the mortgage from Sheldon A. Smith and Dawn E. Smith to Green Tree Servicing LLC (the "Mortgage"), encumbering certain real property and improvements thereon located at 1357 Salem Road, Salem Township, Maine (the "Property") which secures a certain promissory note (the "Note"; together with the Mortgage and all other documents executed in connection therewith, the "Loan Documents") of the same date.

Please be advised that the Note is in default for breach of the conditions contained in the Loan Documents, including without limitation the failure to make monthly payments due under the Note.

As of August 30, 2018, the full amount past due is $4,796.06 (the "Cure Amount"). Pursuant to 14 M.R.S.A. § 6111, the Loan Documents, and/or the Maine Consumer Credit Code, you have a right to cure the default by paying the full Cure Amount on or before October 8, 2018 (the "Cure Date"). **Please be advised only certified funds will be accepted.** Please make the check payable to: Ditech Financial LLC, the servicer of the Mortgage and mail your payment to:

Bendett & McHugh
270 Farmington, Ave., Suite 151
Farmington, CT 06032
ATTN: Rebecca Rollo

An itemization of the Cure Amount, including amounts of past due principal and interest, as well as fees, costs, and all charges required to cure the default is attached to this letter. The total amount needed to cure the default pursuant to this letter does not include any amounts that become due after the date of this letter. However, this will not change the amount needed to cure the default pursuant to this letter. If the default is not cured by the Cure Date, the balance of the Note may be deemed accelerated without further demand, and the Mortgagee or its successor or assignee (together, the "Lender") may proceed with foreclosure of the Mortgage. The Lender may also be entitled to all reasonable costs, expenses and fees incurred by the Lender in pursuing its remedies including, but not limited to, reasonable attorney's fees.

As of August 30, 2018, the Mortgage secures the amount of $76,807.36.

Notwithstanding any acceleration, pursuant to the terms of the Mortgage and/or applicable law, at any time before a judgment enters enforcing the Mortgage, you may have the opportunity to reinstate

the mortgage loan by paying all sums which would then be due under the Mortgage had no acceleration occurred, including reasonable attorneys' fees and other costs of proceedings which have been incurred as of the date of such payment, and by complying with any reasonable requests of the Lender in connection with protection of its security interest in the Property, as set forth in the Mortgage. If you meet the conditions required to reinstate prior to the deadline established by applicable law and/or the loan documents, you will have the right to have the enforcement of the Mortgage discontinued, and to have the Note and Mortgage remain fully effective as if immediate payment in full had never been required.

You may have options available other than foreclosure. You may discuss available options with the Lender, its servicer if applicable, or a counselor approved by the United States Department of Housing and Urban Development ("HUD") (see attached list of agencies approved by HUD to assist mortgagors in the State to avoid foreclosure). Additional information may be found at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me. You are encouraged to explore available options prior to the Cure Date.

The contact information for an individual representing the lender that may modify the loan is: **Ditech Financial LLC, PO Box 6172, Rapid City, SD 57709 Attn: Collection Department (800-643-0202.**

Also, you may assert through court action the nonexistence of a default or any other defense you may have to acceleration and sale of the property. If a court action for foreclosure is commenced, you also have a right to assert those claims or defenses in response to that action. Where mediation is available under state law (14 M.R.S.A. §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

**NOTICE:**
**THE LAW FIRM OF BENDETT AND MCHUGH, PC IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE. IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY WHICH DISCHARGED THIS DEBT, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT A DEBT, BUT ONLY ENFORCEMENT OF A LIEN AGAINST PROPERTY.**

Very truly yours,

*Benjamin S. Cirrinone*

Benjamin S. Cirrinone, Esq.

SENT VIA FIRST CLASS CERTIFICATED, POSTAGE PREPAID

2

Itemization of Cure Amount thru August 30, 2018

| | |
|---|---|
| Principal & Interest & Escrow Payments<br>6 Payments @ $460.21<br>1 Payment @ $542.35 | $3,303.61 |
| Attorney's Fees | $1,159.00 |
| Late Charges Due | $253.11 |
| Property Inspection Fee | $90.00 |
| Suspense | ($9.66) |
| Total arrearage | $4,796.06 |

3

This listing is current as of 08/01/2018.

## Agencies located in MAINE

```
Agency Name: MAINE STATE HOUSING AUTHORITY
      Phone: 207-626-4670
  Toll Free: 800-452-4668
        Fax: 207-626-4678
      Email: dkjohnson@mainehousing.org
    Address: 353 Water Street
             AUGUSTA, Maine 04330-4665
Counseling Services: - Pre-purchase Counseling
                     - Pre-purchase Homebuyer Education Workshops
  Languages: - English
Affiliation:
    Website: www.mainehousing.org
  Agency ID: 81227
```

```
Agency Name: MAINE STATE HOUSING AUTHORITY
      Phone: 207-626-4670
  Toll Free:
        Fax:
      Email: dkjohnson@mainehousing.org
    Address: 353 Water St
             Augusta, Maine 04330-6113
Counseling Services: - Pre-purchase Counseling
                     - Pre-purchase Homebuyer Education Workshops
  Languages: - English
Affiliation: MAINE STATE HOUSING AUTHORITY
    Website: http://www.mainehousing.org
  Agency ID: 84456
```

```
Agency Name: PENQUIS COMMUNITY ACTION PROGRAM
      Phone: 207-974-2403
  Toll Free: 888-424-0151
        Fax: 207-973-3699
      Email: hmassow@penquis.org
    Address: 262 Harlow Street
             PO Box 1162
             BANGOR, Maine 04401-4952
Counseling Services: - Financial, Budgeting, and Credit Workshops
                     - Mortgage Delinquency and Default Resolution Counseling
                     - Pre-purchase Counseling
                     - Pre-purchase Homebuyer Education Workshops
  Languages: - English
Affiliation: NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
    Website: http://www.penquis.org
  Agency ID: 81649
```

```
Agency Name: MIDCOAST MAINE COMMUNITY ACTION
      Phone: 207-442-7963
  Toll Free: 800-221-2221
        Fax: 207-443-7447
      Email: candice.carpenter@mmcacorp.org
    Address: 34 Wing Farm Pkwy
             Bath, Maine 04530-1515
Counseling Services: - Financial Management/Budget Counseling
                     - Rental Housing Counseling
                     - Services for Homeless Counseling
  Languages: - English
             - Spanish
Affiliation:
    Website: http://www.midcoastmainecommunityaction.org
  Agency ID: 80502
```

```
Agency Name: WALDO COMMUNITY ACTION PARTNERS
      Phone: 207-338-6809
  Toll Free:
        Fax:
      Email: N/A
    Address: 9 Field St Ste 201
             Belfast, Maine 04915-6661
```

```
Counseling Services:  - Financial Management/Budget Counseling
                      - Mortgage Delinquency and Default Resolution Counseling
                      - Non-Delinquency Post Purchase Workshops
                      - Pre-purchase Counseling
                      - Pre-purchase Homebuyer Education Workshops
                      - Rental Housing Counseling
                      - Resolving/Preventing Mortgage Delinquency Workshops
                      - Services for Homeless Counseling
         Languages:   - English
                      - French
                      - German
         Affiliation: MAINE STATE HOUSING AUTHORITY
         Website:     http://waldocap.org
         Agency ID:   90310
```

```
Agency Name: COASTAL ENTERPRISES, INCORPORATED
      Phone: 207-504-5900
  Toll Free: 877-340-2649
        Fax:
      Email: jason.thomas@ceimaine.org
    Address: 30 Federal Street
             Suite 100
             BRUNSWICK, Maine 04011-1510
Counseling Services: - Fair Housing Pre-Purchase Education Workshops
                     - Financial Management/Budget Counseling
                     - Home Improvement and Rehabilitation Counseling
                     - Mortgage Delinquency and Default Resolution Counseling
                     - Non-Delinquency Post Purchase Workshops
                     - Pre-purchase Counseling
                     - Pre-purchase Homebuyer Education Workshops
                     - Predatory Lending Education Workshops
                     - Rental Housing Counseling
                     - Reverse Mortgage Counseling
                     - Services for Homeless Counseling
         Languages:  - English
                     - Spanish
         Affiliation: CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
         Website:    http://www.ceimaine.org
         Agency ID:  80985
```

```
Agency Name: AVESTA HOUSING DEVELOPMENT CORPORATION
      Phone: 207-553-7780-3347
  Toll Free: 800-339-6516
        Fax: 207-553-7778
      Email: ndigeronimo@avestahousing.org
    Address: 307 Cumberland Avenue
             PORTLAND, Maine 04101-4920
Counseling Services: - Fair Housing Pre-Purchase Education Workshops
                     - Financial Management/Budget Counseling
                     - Financial, Budgeting, and Credit Workshops
                     - Mortgage Delinquency and Default Resolution Counseling
                     - Non-Delinquency Post Purchase Workshops
                     - Pre-purchase Counseling
                     - Pre-purchase Homebuyer Education Workshops
                     - Predatory Lending Education Workshops
                     - Rental Housing Counseling
                     - Resolving/Preventing Mortgage Delinquency Workshops
         Languages:  - English
         Affiliation: CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
         Website:    www.avestahousing.org
         Agency ID:  81144
```

```
Agency Name: MONEY MANAGEMENT INTERNATIONAL - SOUTH PORTLAND
      Phone: 866-232-9080
  Toll Free: 866-232-9080
        Fax: 866-921-5129
      Email: counselinginfo@moneymanagement.org
    Address: 477 Congress St 5Th Floor
             Portland, Maine 04101
Counseling Services: - Financial Management/Budget Counseling
                     - Mortgage Delinquency and Default Resolution Counseling
                     - Non-Delinquency Post Purchase Workshops
                     - Pre-purchase Counseling
                     - Pre-purchase Homebuyer Education Workshops
                     - Rental Housing Counseling
```

```
          Languages: - English
                     - Spanish
        Affiliation: MONEY MANAGEMENT INTERNATIONAL INC.
            Website: http://www.moneymanagement.org
          Agency ID: 82632
```

---

```
        Agency Name: PINE TREE LEGAL ASSISTANCE, INCORPORATED
              Phone: 207-774-8211
          Toll Free:
                Fax: 207-828-2300
              Email: nheald@ptla.org
            Address: 88 Federal St
                     PO Box 547
                     PORTLAND, Maine 04101-4205
 Counseling Services: - Fair Housing Pre-Purchase Education Workshops
                      - Mortgage Delinquency and Default Resolution Counseling
                      - Pre-purchase Counseling
                      - Predatory Lending Education Workshops
                      - Rental Housing Counseling
                      - Services for Homeless Counseling
          Languages: - Arabic
                     - ASL
                     - Cambodian
                     - Cantonese
                     - Chinese Mandarin
                     - Creole
                     - Czech
                     - English
                     - Farsi
                     - French
                     - Hindi
                     - Hmong
                     - Indonesian
                     - Korean
                     - Polish
                     - Portuguese
                     - Russian
                     - Spanish
                     - Swahili
                     - Turkish
                     - Ukrainian
                     - Vietnamese
        Affiliation:
            Website: http://www.ptla.org
          Agency ID: 80635
```

---

```
        Agency Name: PROPERITY ME FKA COMMUNITY FINANCIAL LITERACY
              Phone: 207-797-7890
          Toll Free:
                Fax:
              Email: crwaganje@prosperityme.org
            Address: 309 Cumberland Ave Ste 202
                     Portland, Maine 04101-4982
 Counseling Services: - Fair Housing Pre-Purchase Education Workshops
                      - Financial Management/Budget Counseling
                      - Financial, Budgeting, and Credit Workshops
                      - Pre-purchase Counseling
                        Pre-purchase Homebuyer Education Workshops
                      - Rental Housing Counseling
          Languages: - English
                     - French
                     - Other
                     - Swahili
        Affiliation: MAINE STATE HOUSING AUTHORITY
            Website: http://cflme.org/
          Agency ID: 80649
```

---

```
        Agency Name: AROOSTOOK COUNTY ACTION PROGRAM, INC
              Phone: 207-764-3721
          Toll Free:
                Fax:
              Email: N/A
            Address: 771 Main St
                     Presque Isle, Maine 04769-2201
 Counseling Services:
```

- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://www.acap-me.org
**Agency ID:** 83641

---

**Agency Name:** YORK COUNTY COMMUNITY ACTION AGENCY
**Phone:** 207-459-2903
**Toll Free:**
**Fax:** 207-490-5026
**Email:** Meaghan.Arzberger@yccac.org
**Address:** 6 Spruce Street
SANFORD, Maine 04073-2917
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Services for Homeless Counseling

**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.yccac.org
**Agency ID:** 81150

---

**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
**Phone:** 207-333-6419
**Toll Free:**
**Fax:** 207-795-4069
**Email:** homequest@community-concepts.org
**Address:** 17 Market Square
SOUTH PARIS, Maine 04281-1533
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling

**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** www.community-concepts.org
**Agency ID:** 81580

---

**Agency Name:** KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
**Phone:** 800-542-8227
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 97 Water St
Waterville, Maine 04901-6339
**Counseling Services:**
- Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.kvcap.org
**Agency ID:** 81685