UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| Federal National Mortgage Association,<br><br>   Plaintiff,<br><br>v.<br><br>Sheldon A. Smith and Dawn E. Smith,<br>ABS Loan Trust V,<br>and Bryco Funding, Inc.,<br><br>   Defendants. | Case No. 1:18-cv-00433-NT |

**ABS LOAN TRUST V'S CORPORATE DISCLOSURE**

Pursuant to Local Rule 7.1, Defendant ABS Loan Trust V provides the following information:

The following persons, associations of persons, firms, partnerships, limited liability companies, joint ventures, corporations (including parent of affiliated corporations), or any similar entities, own 10% or more of ABS Loan Trust V: None.

Dated at Portland, Maine this 6th day of March 2019.

/s/ Adam J. Shub
Adam J. Shub
Attorney for Defendant ABS Loan Trust V
Preti Flaherty Beliveau & Pachios LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
207.791.3000
ashub@preti.com

13912368.1